**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION<br>125 Broad Street – 18th floor<br>New York, NY 10004,<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad Street – 18th floor<br>New York, NY 10004,<br><br>    *Plaintiffs*,<br><br> v.<br><br>DEPARTMENT OF HOMELAND SECURITY<br>2707 Martin Luther King Jr. Avenue, SE<br>Washington, DC 20528-0525<br><br>    *Defendant*. | No. 22-cv-01721 |

**LCvR 26.1 Certificate**

 I, the undersigned, counsel of record for Plaintiff, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, or affiliates of the American Civil Liberties Union or the American Civil Liberties Union Foundation that have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

            Attorney of Record

            */s/ Brett Max Kaufman*
            Brett Max Kaufman (D.C. Bar No. NY0224)
            American Civil Liberties Union Foundation
            125 Broad Street—18th Floor
            New York, New York 10004

                                      Phone: (212) 549-2500  
                                      Fax: (212) 549-2654

Dated: June 15, 2022