UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION<br>125 Broad Street – 18th floor<br>New York, NY 10004,<br><br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION<br>125 Broad Street – 18th floor<br>New York, NY 10004,<br><br>              *Plaintiffs*,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY<br>2707 Martin Luther King Jr. Ave SE<br>Washington, DC 20528-0525<br><br>              *Defendant*. | No. 22-cv-01721 |

## MOTION FOR THE ADMISSION, *PRO HAC VICE*, OF SANA MAYAT AS ADDITIONAL COUNSEL FOR PLAINTIFFS

Pursuant to Local Civil Rule 83.2(d), I hereby move for the admission, *pro hac vice*, of Sana Mayat, an attorney with the American Civil Liberties Union Foundation, 125 Broad Street, 18th Floor, New York, NY 10004, and a member of the Bar of the State of New York, as additional counsel for Plaintiffs in this case. Ms. Mayat's declaration is filed herewith.

Dated: June 16, 2022                              Respectfully submitted,

                                                  */s/ Brett Kaufman*
                                                  Brett Kaufman (D.D.C. Bar No. NY0224)
                                                  American Civil Liberties Union Foundation
                                                  125 Broad Street, 18th Floor
                                                  New York, NY 10004
                                                  (212) 549-2603
                                                  bkaufman@aclu.org