# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION<br>125 Broad Street – 18th floor<br>New York, NY 10004,<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad Street – 18th floor<br>New York, NY 10004,<br><br>　　　　　　*Plaintiffs*,<br><br>　　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY<br>2707 Martin Luther King Jr. Ave SE<br>Washington, DC 20528-0525<br><br>　　　　　　*Defendant*. | No. 22-cv-01721 |

## DECLARATION OF SANA MAYAT

Pursuant to Local Civil Rule 83.2(d), I, Sana Mayat, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1. My full name is Sana Mayat.

2. I am an attorney with the American Civil Liberties Union Foundation. My office is located at 125 Broad Street, 18th Floor, New York, NY 10004. My office telephone number is (212) 549-2500.

3. I certify that I am now a member in good standing of the Bar of the State of New York (April 23, 2021).

4. I certify that I have never been disciplined by any bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have two *pro hac vice* admissions in this Court within the past two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed on June 16, 2022.

Respectfully submitted,

Sana Mayat
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
smayat@aclu.org



## Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

---

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Sana Mayat

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 23, 2021**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on June 14, 2022.

*Maria T. Fasulo*

Clerk of the Court

CertID-00070988