## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION<br>125 Broad Street – 18th floor<br>New York, NY 10004,<br><br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION<br>125 Broad Street – 18th floor<br>New York, NY 10004,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY<br>2707 Martin Luther King Jr. Ave SE<br>Washington, DC 20528-0525<br><br>    *Defendant*. | No. 22-cv-01721 |

### [Proposed] ORDER

Upon consideration of the motion to admit Sana Mayat to appear in this action, *pro hac vice*, it is hereby ORDERED that the motion is granted.

Dated: _____

                        _____
                        United States District Judge