Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of Homeland Security
was received by me on *(date)* June 15, 2022 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served the U.S Department of Homeland Security by sending a copy of the summons and complaint by USPS Priority Mail Express 1-Day® with signature required to the U.S. Department of Homeland Security on June 21, 2022. Please see the attached USPS delivery confirmation which shows that the summons and complaint were delivered on June 23, 2022.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: June 30, 2022

*Server's signature*

Makenzie E. Nohr, Paralegal, ACLU Foundation
*Printed name and title*

125 Broad Street
Floor 18
New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** EI372692658US

Scheduled Delivery by

**WEDNESDAY**
**22** JUNE 2022 ⓘ

by
**6:00pm** ⓘ

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Front Desk/Reception/Mail Room

June 23, 2022 at 11:32 am
WASHINGTON, DC 20528

Get Updates ⌄

---

Text & Email Updates ⌄

---

Proof of Delivery ⌄

---

Tracking History ⌃

June 23, 2022, 11:32 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20528
Your item was delivered to the front desk, reception area, or mail room at 11:32 am on June 23, 2022 in WASHINGTON, DC 20528 to HOMELAND SEC 20528. The item was signed for by K LUSBY.

Feedback

**June 23, 2022, 10:32 am**
Arrived at Post Office
WASHINGTON, DC 20018

**June 21, 2022, 7:22 pm**
Arrived at USPS Origin Facility
PORTLAND, OR 97215

**June 21, 2022, 5:48 pm**
Departed Post Office
CAMAS, WA 98607

**June 21, 2022, 3:54 pm**
USPS in possession of item
CAMAS, WA 98607

## USPS Tracking Plus®

## Product Information

| | | |
|---|---|---|
| **Postal Product:** Priority Mail Express 1-Day® | **Features:** Money Back Guarantee Insured PO to Addressee Up to $100 insurance included. Restrictions Apply ⓘ | Signed for By: K LUSBY // WASHINGTON, DC 20528 // 11:32 am **See tracking for related item: 9590940271161251870142** (/go/TrackConfirmAction?tLabels=9590940271161251870142) |

**See Less** ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback