UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 22-1721 (JEB)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated August 22, 2022, Plaintiffs American Civil Liberties Union and American Civil Liberties Union Foundation and Defendant United States Department of Homeland Security respectfully submit this Joint Status Report. The parties have been conferring about the Freedom of Information Act request at issue in this case and related matters. Plaintiffs have requested information, including the anticipated number of potentially responsive records, to better inform priorities and potential narrowing of the request. Defendant is still working to gather this information. These discussions have been productive and are ongoing. As a result, the parties are not yet in a position to propose a schedule for further proceedings. The parties anticipate continuing their discussions over the next couple weeks and propose submitting another joint status report by September 20, 2022.

\*   \*   \*

Dated: September 1, 2022   Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481051
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   /s/ Robert A. Caplen
ROBERT A. CAPLEN, D.C. Bar #501480
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2523
robert.caplen@usdoj.gov

*Counsel for Defendant*


/s/ Sana Mayat
SANA MAYAT (admitted *pro hac vice*)
BRETT MAX KAUFMAN, D.C. Bar #NY0224
American Civil Liberties Union Foundation
125 Broad Street—18th Floor
New York, NY 10004
(212) 549-2500
smayat@aclu.org
bkaufman@aclu.org

ARTHUR B. SPITZER, D.C. Bar #235960
American Civil Liberties Union Foundation of the District of Columbia
915 15th Street, N.W., 2nd Floor
Washington, DC 20005
(202) 601-4266
aspitzer@acludc.org

*Counsel for Plaintiffs*