UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,   ) | |
| ) | |
| Plaintiffs,   ) | |
| ) | |
| v.   ) | Civil Action No. 22-1721 (JEB) |
| ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated September 1, 2022, Plaintiffs American Civil Liberties Union and American Civil Liberties Union Foundation and Defendant United States Department of Homeland Security respectfully submit this Joint Status Report. The parties have continued to confer about the Freedom of Information Act request at issue in this case and related matters. These discussions have been productive and remain ongoing. As a result, the parties are not yet in a position to propose a schedule for further proceedings. The parties anticipate continuing their discussions over the next couple weeks and propose submitting another joint status report by October 4, 2022.

\*      \*      \*

Dated: September 20, 2022             Respectfully submitted,

                                      MATTHEW M. GRAVES, D.C. Bar #481051
                                      United States Attorney

                                      BRIAN P. HUDAK
                                      Chief, Civil Division

                          By:    /s/ Robert A. Caplen
                                      ROBERT A. CAPLEN, D.C. Bar #501480
                                      Assistant United States Attorney
                                      U.S. Attorney's Office, Civil Division
                                      601 D Street, N.W.
                                      Washington, D.C. 20530
                                      (202) 252-2523
                                      robert.caplen@usdoj.gov

                                      *Counsel for Defendant*


                                      /s/ Brett Max Kaufman
                                      BRETT MAX KAUFMAN, D.C. Bar #NY0224
                                      American Civil Liberties Union Foundation
                                      125 Broad Street—18th Floor
                                      New York, NY 10004
                                      (212) 549-2500
                                      bkaufman@aclu.org

                                      ARTHUR B. SPITZER, D.C. Bar #235960
                                      American Civil Liberties Union Foundation of the
                                      District of Columbia
                                      915 15th Street, N.W., 2nd Floor
                                      Washington, DC 20005
                                      (202) 601-4266
                                      aspitzer@acludc.org

                                      *Counsel for Plaintiffs*