UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | Civil Action No. 22-1721 (JEB) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated January 17, 2024, Plaintiffs American Civil Liberties Union and American Civil Liberties Union Foundation and Defendant United States Department of Homeland Security ("DHS") respectfully submit this Joint Status Report. This Freedom of Information Act case involves Plaintiffs' requests for records concerning (1) how DHS, specifically the Center for Prevention Programs and Partnerships ("CP3") and the Office of Intelligence and Analysis ("I&A"), assess targeted violence, risk management tools, and definitions of key terms used to formulate domestic terrorism frameworks; and (2) the input and guidance the Office for Civil Rights and Civil Liberties ("CRCL") provides regarding CP3 programs and activities.

### DHS Privacy

On February 8, 2024, DHS produced the remainder of the pages that were pending consultations. Specifically, DHS produced 54 pages, in full, 16 pages in part, and withheld 8 pages. DHS Privacy has now completed its production.

CRCL

CRCL has processed 1,274 pages and completed processing of all records responsive to Plaintiffs' request.

Office of I&A

Based on a May 23, 2023 agreement among the parties, the Office of I&A has been processing records found at a rate of 200 pages per month. Since the last status report, the Office of I&A further processed 200 pages in January of 2024, of which 40 pages were disclosed in full, 7 pages were disclosed in part, and 41 pages were withheld in full. The Office of I&A further reviewed 223 pages in February of 2024, which it will release to Plaintiff in March of 2024. The Office of I&A expects to review and release additional documents in March 2024 and to make monthly releases thereafter.

The parties agree to submit a joint status report to the Court on their progress by May 15, 2024.

Dated: March 15, 2024         Respectfully submitted,

                              MATTHEW M. GRAVES, D.C. Bar #481051
                              United States Attorney

                              BRIAN P. HUDAK
                              Chief, Civil Division

                        By:   /s/ Brian J. Levy
                              BRIAN J. LEVY
                              Assistant United States Attorney
                              U.S. Attorney's Office, Civil Division
                              601 D Street, N.W.
                              Washington, D.C. 20530
                              (202) 252-6734
                              Brian.levy2@usdoj.gov

                              *Attorneys for the United States of America*

/s/ Shaiba Rather
BRETT MAX KAUFMAN, D.C. Bar #NY0224
SHAIBA RATHER (admitted *pro hac vice*)
American Civil Liberties Union Foundation
125 Broad Street—18th Floor
New York, NY 10004
(212) 549-2500
bkaufman@aclu.org
srather@aclu.org

ARTHUR B. SPITZER, D.C. Bar #235960
American Civil Liberties Union Foundation of the
District of Columbia
529 14th Street, NW, Suite 722
Washington, DC 20045
(202) 601-4266
aspitzer@acludc.org

*Counsel for Plaintiffs*